

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00020-CV

MELVIN JORDAN,

                                                        Appellant

 v.

WACO TRANSIT SYSTEM, INC. AND
RATP DEV USA, INC.,

                                                        Appellees

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2018-3822-4**

## MEMORANDUM OPINION

Melvin Jordan and Waco Transit System, Inc. have filed a "Joint Motion to Dismiss Appeal" asserting they have settled all disputes between them.  They also note that this settlement combined with the prior settlement between Jordan and RATP Dev USA, Inc. resolves all controversies between all parties.  Jordan and Waco Transit request that we dismiss the appeal and remand the case to the trial court for further proceedings to substitute the Estate for the late Melvin Jordan and to enter an agreed order disposing of

the case.

We have no authority to dismiss the appeal *and* remand the case to the trial court. We have the authority, however, to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d).

Accordingly, the "Joint Motion to Dismiss Appeal" is granted to the extent authorized. The trial court's Order Granting Defendant Waco Transit System, Inc.'s Traditional and No-Evidence Motions for Summary Judgment against Melvin Jordan, signed June 3, 2021 is set aside without regard to the merits, and this case as between Melvin Jordan and Waco Transit System, Inc. is remanded to the trial court for rendition of judgment in accordance with the agreement of those parties.

RATP DEV USA, Inc. does not join Jordan's and Waco Transit's motion to dismiss. Pursuant to the mediator's report received by the Court on November 4, 2022, the issues in dispute in this appeal between Melvin Jordan and RATP DEV USA, Inc. were previously resolved by settlement after this Court referred the entire appeal to mediation on August 3, 2022. Accordingly, the portion of the appeal brought by Melvin Jordan against RATP DEV USA, Inc. is dismissed as moot.

Because the Court was unable to grant the entirety of the motion, the Court has endeavored to implement the substance of the parties' agreed motion to achieve the same result. If any party determines that the judgment of the Court does not accomplish the parties' intended result, a timely motion for rehearing must be filed which addresses the manner in which the Court can implement the agreement of the parties within the

limitations of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.1; 49.1.

There being no agreement as to costs, costs are taxed against Melvin Jordan.  TEX. R. APP. P 42(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion granted in part
Judgment set aside and remanded in part
Dismissed as moot in part
Opinion delivered and filed January 11, 2024
[CV06]

